**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>*Plaintiff*,<br><br>v.<br><br>COINBASE FINANCIAL MARKETS, INC.,<br><br>*Defendant*. | No.  1:26-cv-3300-MKV |

**NOTICE OF APPEARANCE OF JAMES M. MCDONALD**

PLEASE TAKE NOTICE that James M. McDonald of Sullivan & Cromwell LLP hereby enters his appearance on behalf of Defendant Coinbase Financial Markets, Inc. in the above-captioned case.

Dated:  April 22, 2026
      New York, New York

Respectfully Submitted,
 /s/ *James M. McDonald*
James M. McDonald
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Tel:  (212) 558-4000
mcdonaldj@sullcrom.com

*Counsel for Defendant*