

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
INVESTOR PROTECTION BUREAU

June 25, 2026

**By ECF**
The Hon. Victor Marrero
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:     *People of the State of New York, by Letitia James v. Coinbase Financial Markets,*
        *Inc.*, No. 26-cv-03300-VM (S.D.N.Y.) – Notice of Supplemental Authority

Dear Judge Marrero:

    People of the State of New York ("OAG") write to inform the Court of a post-submission opinion and order in *Nessel v. Kalshiex, LLC*, No. 26-cv-731-PLM-PJG (W.D. Mich. June 25, 2026).  A copy of the opinion is attached as Exhibit 1.

    OAG thanks the Court for its attention to this matter.

                                    Respectfully submitted,

                                    */s/ K. Brent Tomer*
                                    K. Brent Tomer (Brent.Tomer@ag.ny.gov)
                                    Alejandra de Urioste (Alejandra.deUrioste@ag.ny.gov)
                                    Nina M. Varindani (Nina.Varindani@ag.ny.gov)
                                    Assistant Attorneys General

                                    Tanya Trakht (Tanya.Trakht@ag.ny.gov)
                                    Senior Enforcement Counsel

                                    Investor Protection Bureau
                                    28 Liberty Street, 21st Floor
                                    New York, New York 10005
                                    Tel: 212-416-8989

                                    *Counsel for the People of the State of New York*

cc (by ECF): All counsel of record