UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                     :

PEOPLE OF THE STATE OF NEW YORK,   :
                       Plaintiff,   :
     :

         -against-   :      26 Civ. 3300 (LGS)
     :

COINBASE FINANCIAL MARKETS, INC.,   :
                    Defendant.   :
     :

------------------------------------------------------------X
------------------------------------------------------------X
     :

PEOPLE OF THE STATE OF NEW YORK,   :
                       Plaintiff,   :
     :

         -against-   :      26 Civ. 3318 (LGS)
     :

GEMINI TITAN, LLC,   :
                    Defendant.   :
     :

------------------------------------------------------------X
------------------------------------------------------------X
     :

UNITED STATES OF AMERICA et al.,   :
                    Plaintiffs,   :
     :

         -against-   :      26 Civ. 3404 (LGS)
     :

STATE OF NEW YORK et al.,   :
                    Defendants.   :
     :

------------------------------------------------------------X
------------------------------------------------------------X
     :

NORTH AMERICAN DERIVATIVES
EXCHANGE, INC.,   :
                    Plaintiff,   :
     :      26 Civ. 4980 (LGS)
         -against-   :
     :      **ORDER**

LETITIA JAMES et al.,   :
                    Defendants.   :
     :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Initial Pretrial Conferences in the above-captioned actions are currently scheduled to take place on August 18, 2026.  It is hereby

ORDERED that the conferences currently scheduled for August 18, 2026, are RESCHEDULED to **August 31, 2026, at 11:00 A.M.**  The conferences will be conducted at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, in Courtroom 1106.  The conference for *New York v. Coinbase Financial Markets, Inc.*, No. 26 Civ. 3300, will be called first and begin at 11:00 A.M.  All other cases will be called sequentially by case number in ascending order.  It is further

ORDERED that a hearing relating to Plaintiffs' motion for preliminary injunction in *United States v. New York*, Case No. 26 Civ. 3404, will be conducted **September 14, 2026, at 11:00 A.M.**  The hearing will be conducted at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, in Courtroom 1106.

Dated: August 10, 2026
       New York, New York

_____
        LORNA G. SCHOFIELD
     UNITED STATES DISTRICT JUDGE

2