**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>*Plaintiff*,<br><br>v.<br><br>COINBASE FINANCIAL MARKETS, INC.,<br><br>*Defendant*. | No. 26-cv-3300 (MKV) |

## MOTION TO WITHDRAW SULLIVAN & CROMWELL LLP AS COUNSEL OF RECORD FOR DEFENDANT

Pursuant to Local Rule 1.4(a), the undersigned hereby move this Court to withdraw hereby move this Court to withdraw Benjamin R. Walker, Akash M. Toprani, Rishabh Bhandhari, and James M. McDonald as counsel of record for Defendant Coinbase Financial Markets, Inc. ("Coinbase"). In support of this motion, the undersigned represent as follows:

1. Sullivan & Cromwell LLP is no longer representing Coinbase in connection with this matter.

2. James M. McDonald is no longer at Sullivan & Cromwell LLP and is no longer representing Coinbase in connection with this matter.

3. Coinbase will continue to be represented by Barry H. Berke, Jordan L. Estes, Trevor B. Gopnik, Suzana Kondic, Yaira Dubin, Parisa Sadeghi, and Judson O. Littleton of Gibson, Dunn & Crutcher LLP, who have appeared in this case (ECF Nos. 16, 17, 18, 19, 25, 33, 40).

4. Coinbase has received actual notice of this motion.

WHEREFORE, the undersigned respectfully request that this Court grant this motion to withdraw as counsel for Defendant Coinbase.

Dated: September 14, 2026
New York, New York

Respectfully Submitted,

/s/ *Benjamin R. Walker*
Benjamin R. Walker

/s/ *Akash M. Toprani*
Akash M. Toprani

/s/ *Rishabh Bhandari*
Rishabh Bhandari